**Liza McDONALD, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 75064.**

Missouri Court of Appeals, Western District.

Nov. 13, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2012.

Liza McDonald, Grandview, MO, Appellant Acting Pro Se.

Larry Ruhmann, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

**ORDER**

PER CURIAM:

Liza McDonald appeals the Labor and Industrial Relations Commission's decision that she is not eligible for unemployment benefits because her employer, Hickman Mills District C–1 School, discharged her for misconduct connected with work. We affirm. Rule 84.16(b).